**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,
     Plaintiff,

        v.

MOVIELAB, INC.,
     Defendant.

Civil Action No.: 1:20-mc-00092

---

## [~~PROPOSED~~] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated:   March 25, 2020
       New York, New York

_____
    **LORNA G. SCHOFIELD**
  **UNITED STATES DISTRICT JUDGE**